UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIZABETH L. HOOPER,

    Plaintiff,

v.                                      Case No. 5:11-cv-624-Oc-10TBS

UNUM LIFE INSURANCE COMPANY OF
AMERICA, HEALTH MANAGEMENT
ASSOCIATES, INC., as plan administrator of
the Health Management Associates, Inc.
Group Long Term Disability Plan,

    Defendants.

## ORDER

Pending before the Court is Plaintiff's Motion to Compel Production of Documents Listed in Defendants' Privilege Log, or in the Alternative, for In Camera Inspection (Doc. 12). In order to decide the motion on the merits, the Court will need to make an in camera inspection of the documents in question. To accomplish this, counsel for the Defendants are directed to submit the documents under seal, for examination by the Court, within 10 days from the rendition of this Order.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 18, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel